UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

TYLER RODICK,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )   Case No.    21-00408-CV-W-JAM
                                       )
                                       )
NCS PEARSON, Inc.,                     )
                                       )
                Defendant.             )

## ORDER

On June 11, 2021, Plaintiff Tyler Rodick filed his motion for leave to proceed in forma pauperis.   Doc. 1.   This Court granted the motion on June 14, 2021.   Doc. 3.   Consistent with that order, and this Court's finding that Plaintiff is unable to pay the costs of this lawsuit, it is hereby

**ORDERED** that the Clerk of the Court is directed to forward appropriate process forms to Plaintiff.    It is further

**ORDERED** that within twenty (20) days Plaintiff shall return the completed summons and service forms to the Clerk's office showing the address where known Defendants may be served in accordance with Federal Rule of Civil Procedure 4.    It is further

**ORDERED** that upon receipt of the completed summons and service forms, the Clerk of the Court is directed to issue appropriate summons as authorized by Federal Rule of Civil Procedure 4, and deliver the summons, the Complaint, and a copy of this order to the United States Marshal for service of process.

**IT IS SO ORDERED.**

_/s/ Jill A. Morris_
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE